MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorney for Plaintiff
WENDY HAUT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HAUT<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; and CENGAGE LEARNING, INC. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.: 2:22-CV-00237-MEMF-PLA<br><br>**JOINT STATEMENT REGARDING STATUS OF PLAINTIFF'S ENTITLEMENT TO ATTORNEYS' FEES AND COSTS** |

**TO THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG AND HER COURT CLERK:**

    On June 24, 2022, the parties filed a Notice of Settlement and Stipulation ("Notice") (Dkt No. 25) notifying the Court that the parties resolved the issue of Plaintiff Wendy Haut's ("Ms. Haut") entitlement to plan benefits, with Defendant Reliance Standard agreeing to reinstate Ms. Haut's claim and pay her all unpaid benefits.

On August 4, 2022, the Court issued an Order (Dkt. No. 27) regarding that Notice, instructing that, if Ms. Haut did not file a motion for fees and costs by August 29, 2022, the parties should file a Joint Statement regarding the status of those discussions.

The parties will be unable to complete the meet-and-confer and motion filing process by August 29, 2022 because of an ongoing dispute regarding the amount of plan benefits to which Ms. Haut is entitled. Ms. Haut asserts that Reliance Standard underpaid her on reinstatement. After asking for and receiving a financial worksheet and updated Administrative Record, Ms. Haut received documents confirming that she was underpaid. Reliance Standard requested that Ms. Haut "appeal" the payment amount in order to resolve the issue. Ms. Haut submitted an appeal, by letter dated August 12, 2022, and Reliance Standard confirmed the Appeal is "being reviewed." However, until the issue of the total amount of benefits is resolved and "all unpaid benefits," if any, are provided by Reliance Standard, the case is still ongoing and it would be premature to file a motion for attorneys' fees and costs.

For good cause discussed above, the parties stipulate and hereby request that the Court set a deadline of Monday, October 3, 2022 as the last day for Ms. Haut to file a motion to resolve the issue of her entitlement to attorneys' fees and costs.

DATED: August 22, 2022          DONAHUE & HORROW, LLP

   */s/ Michael B. Horrow*
MICHAEL B. HORROW
SCOTT E. CALVERT
*Attorneys for Plaintiff Wendy Haut*

DATED: August 22, 2022          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

   */s/ Michael Brisbin*
MICHAEL BRISBIN
*Attorneys for Defendant Reliance Standard Life Insurance Company*

I certify that the content of this document is acceptable to counsel for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, and that I have obtained authorization to affix Mr. Brisbin's electronic signatures to this document.

Dated:  August 22, 2022                    DONAHUE & HORROW, LLP

                                            */s/ Michael B. Horrow*
                                            MICHAEL B. HORROW